# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:09-cr-0171-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMAL MINOR, ) | |
| ) | |
| Defendant. ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#36, filed March 11, 2010), entered by the Honorable Robert J. Johnston regarding Defendant's Motion to Suppress (#25). No objection was filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#36, entered March 11, 2010) is ACCEPTED and ADOPTED, and Defendant Minor's Motion to Suppress is granted.

Dated: March 29, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**